# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BEYOND WORDS INC.** | : | **CASE NO.  2:22-CV-03267** |
| | | |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| | | |
| **STATE FARM FIRE & CASUALTY CO** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a *Motion to Amend Complaint – Consent Sought but no Answer Provided* filed by plaintiff Beyond Words Inc. [doc. 36], which was referred to United States Magistrate Judge Thomas P. LeBlanc for Report and Recommendation.

The Report and Recommendation of the Magistrate Judge having been considered, together with the Objections to Report and Recommendations [doc. 46], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation [doc. 44] is correct;

**IT IS ORDERED, ADJUDGED AND DECREED** that, consistent with the Report and Recommendation, the Motion to Amend [doc. 36] is **DENIED**.

**THUS DONE AND SIGNED** at Lake Charles, Louisiana, this 6th day of April, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

1